**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| LUPIN ATLANTIS HOLDINGS SA, a foreign corporation, and LUPIN INC., a Delaware Corporation, | |
| Plaintiffs, | |
| v. | Case No.: 0:23-cv-61621-MD |
| XIAN-MING ZENG, TRANSPIRE BIO, INC., AXEL PERLWITZ, and WILLIAM SCHACHTNER, | |
| Defendants. | |

**DEFENDANTS' UNOPPOSED REQUEST FOR HEARING ON MOTIONS FOR SUMMARY JUDGMENT AND *DAUBERT* MOTION**

Defendants Xian-Ming Zeng, Transpire Bio, Inc., Axel Perlwitz, and William Schachtner ("Defendants") hereby request a three-hour hearing on the parties' summary judgment and *Daubert* motions, D.E. 197, 201, 202, 205 (the "Motions"), which address eight claims against four separate defendants. Briefing on the Motions will be completed on April 14, 2025.

Defendants respectfully submit that oral argument will promote judicial economy by assisting the Court in evaluating both the facts and legal authorities addressed in the Motions. On September 16, 2024, this Court conducted a three-hour oral argument on Defendants' Motion to Dismiss, D.E. 39; Defendants believe that the motions for summary judgment will warrant at least as much time for discussion.

Defendants have conferred with Plaintiffs who do not oppose this Request for Hearing.

| | |
|---|---|
| Dated: March 28, 2025 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| | |
| | /s/ *Samuel G. Williamson* |
| | Samuel G. Williamson |
| | Florida Bar No. 1033817 |
| | samuelwilliamson@quinnemanuel.com |
| | Shalia M. Sakona |
| | Florida Bar No. 107398 |
| | shaliasakona@quinnemanuel.com |
| | Olivia A. Barket Yeffet |
| | Florida Bar No. 1026382 |
| | oliviayeffet@quinnemanuel.com |
| | David M. Walsh |
| | Florida Bar No. 1048823 |
| | davidwalsh@quinnemanuel.com |
| | 2601 South Bayshore Drive, Suite 1550 |
| | Miami, Florida 33133 |
| | (305) 402-4880 |
| | |
| | Jared Newton (admitted *pro hac vice*) |
| | jarednewton@quinnemanuel.com |
| | 1300 I Street NW, Suite 900 |
| | Washington, DC 20005 |
| | |
| | Nima Hefazi (admitted *pro hac vice*) |
| | nimahefazi@quinnemanuel.com |
| | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, California 90017 |
| | (213) 443-3000 |
| | |
| | Andrew G. Shifren (admitted *pro hac vice*) |
| | andrewshifren@quinnemanuel.com |
| | 295 5th Avenue, 9th Floor |
| | New York, New York 10016 |
| | (212) 849-7181 |
| | |
| | Jocelyn Ma (pending *pro hac vice*) |
| | jocelynma@quinnemanuel.com |
| | 50 California Street, 22nd Floor |
| | San Francisco, California 94111 |
| | (415) 875-6600 |
| | |
| | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document is being filed on March 28, 2025, and served on all counsel of record on the Service List attached via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/  *Samuel G. Williamson*
Samuel G. Williamson
Florida Bar No. 1033817
samuelwilliamson@quinnemanuel.com