UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61621-CIV-DAMIAN/Reid

**LUPIN ATLANTIS HOLDINGS SA, and
LUPIN INC.**,

    Plaintiffs,

vs.

**XIAN-MING ZENG**, *et al.*,

    Defendants.
_____/

## ORDER RE-SETTING HEARING ON MOTIONS FOR SUMMARY JUDGMENT

**IT IS HEREBY ORDERED** that the Motion Hearing presently set for May 20, 2025, at 10:00 a.m., is **RESET** to **Wednesday**, **May 28, 2025**, **at 10:00 a.m.**, in **Courtroom 205C** at the United States Federal Building and Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301. The parties shall be prepared to address the pending Motions for Summary Judgment [ECF Nos. 201, 202, and 205].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 16th day of April, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record