UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61621-CIV-DAMIAN/Reid

**LUPIN ATLANTIS HOLDINGS SA**, *et al.*,

    Plaintiffs,

v.

**XIAN-MING ZENG**, *et al.*,

    Defendants.
_____/

## ORDER FOLLOWING CONTINUED MOTIONS HEARING

**THIS CAUSE** is before the Court following a continued hearing held on June 9, 2025, during which the Court addressed the pending Motions for Summary Judgment [ECF Nos. 202 and 205] and scheduling matters.

For the reasons stated and as further detailed on the record at the hearing, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Parties are relieved of all pretrial deadlines and hearings, including the Calendar Call set for Wednesday, June 11, 2025, and the trial set during the Court's two-week trial period beginning June 16, 2025, set forth in the current Scheduling Order [ECF No. 123]. This matter will be reset for trial by separate Order after the Parties confer and jointly notify the Court of their availability, as discussed at the hearing on June 9, 2025.

2. The Court will address the pending Motions for Summary Judgment by separate Order.

2

To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 9th day of June, 2025.

_____
**MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE**

cc:   Counsel of Record